```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

ALLEN R. TAYLOR,                )
                                )
    Petitioner,               )
                                )
vs.                             )   CIVIL ACTION NO.13-00055-WS-B
                                )
MOBILE COUNTY METRO JAIL,       )
                                )
    Respondent.               )

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE** this 23rd day of May, 2013.

                                    **s/WILLIAM H. STEELE**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**