```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

ALLEN R. TAYLOR,                    )
                                    )
    Petitioner,                     )
                                    )
vs.                                 )   CIVIL ACTION NO.13-00055-WS-B
                                    )
MOBILE COUNTY METRO JAIL,           )
                                    )
    Respondent.                     )

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE** this 23rd day of May, 2013.

                                          **s/WILLIAM H. STEELE**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**